

08CV3829
JUDGE GUZMAN
MAG. JUDGE DENLOW

**FILED**
JUL X 8 2008
Jul 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Helen Hicks
(Please print)

STREET ADDRESS: 11243 S. Vincennes Ave.

CITY/STATE/ZIP: Chicago, IL 60643

PHONE NUMBER: 773) 298-1423

CASE NUMBER: 0120060989

_Helen Hicks_     _July 03, 2008_
Signature        Date