

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) HELEN R. HICKS

v.

Defendant(s) POSTMASTER GENERAL
U.S. POSTAL SERVICE
JOHN E. POTTER

FILED
JUL X 3 2008
Jul 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV3829
JUDGE GUZMAN
MAG. JUDGE DENLOW

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, __HELEN R. HICKS__, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I THOUGHT THAT THE E.E.O. COMMISSION WOULD RULE IN MY FAVOR. I DID CONTACT NORTHWESTERN UNIVERSITY LEGAL ASSISTANCE CLINIC 312) 503-8576; CHICAGO LEGAL CLINIC 773)731-1762; LEGAL AID BUREAU OF METROPOLITAN FAMILY SERVICES 312)986-4200. THESE AGENCIES DO NOT TAKE CASES AGAINST THE POSTAL SERVICE.

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Helen R. Hicks_
Movant's Signature

_11243 S. Vincennes Ave._
Street Address

_July 03, 2008_
Date

_Chicago, IL 60643_
City, State, ZIP