# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3829 | **DATE** | 7/30/2008 |
| **CASE TITLE** | HELEN R. HICKS vs. U.S. POSTAL SERVICE, et al | | |

**DOCKET ENTRY TEXT**

The plaintiff's motion for leave to proceed in forma pauperis [4] is granted. . The Clerk is directed to issue summons forthwith to the U.S. Marshal for service and send the plaintiff a Notice of Availability of a Magistrate Judge and mail Consent to Exercise of Jurisdiction by a U.S. Magistrate Judge form to the plaintiff. Plaintiff's motion to appoint counsel [5] is denied without prejudice. Status hearing set for 9/3/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|