UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Helen R Hicks
                            Plaintiff,

v.                                            Case No.: 1:08–cv–03829
                                                      Honorable Ronald A. Guzman

U.S. Postal Service, et al.
                            Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Parties not in court. Status hearing reset to 9/17/2008 at 09:30 AM.Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.