UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HELEN R. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 3829 |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | |
| U. S. POSTAL SERVICE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.  See LR 83.16(b).

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/Pierre C. Talbert
           PIERRE C. TALBERT
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-4088
           pierre.talbert@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**ATTORNEY DESIGNATION**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on September 5, 2008, to the following non-ECF filers:

Helen R. Hicks, *Pro Se*
11243 South Vincennes Avenue
Chicago, Illinois 60643

                                                   s\Pierre C. Talbert
                                                   PIERRE C. TALBERT
                                                   Assistant United States Attorney
                                                   219 South Dearborn Street
                                                   Chicago, Illinois 60604
                                                   (312) 353-4088
                                                   pierre.talbert@usdoj.gov